200 F.2d 199
 UNITED STATES of America, Appellant,
v.
Rina Maria VATUONE, as Administratrix of the Estate of Paul
D. Vatuone, Deceased, Appellee.
 No. 12906.
 United States Court of Appeals Ninth Circuit.
 Dec. 9, 1952.
 
 James R. Browning, Acting Asst. Atty. Gen., Chauncey F. Tramutolo, U.S. Atty., San Francisco, Cal., Leavenworth Colby, Sp. Asst. to Atty. Gen., Keith R. Ferguson, Sp. Asst. to Atty. Gen., of Cal., C. Elmer Collett, Asst. U.S. Atty., San Francisco, Cal., for appellant.
 Daniel V. Ryan, Thomas C. Ryan and Ryan & Ryan, San Francisco, Cal., for appellee.
 Before DENMAN, Chief Judge, and ORR and POPE, Circuit Judges.
 
 
 1
 The decree appealed from is reversed, 94 F.Supp. 592, and the libel dismissed without cost to either party.